# Claims Distribution Small Checks

Case: 08-13624 - JOHNSON, LEELAND D.

Trustee: WILLIAM E. LAWSON (520740)

Payee: Clerk, U.S. Bankruptcy Court

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92000241710366 | 10110 | 07/19/10 | 8 | 02/11/10 | 620 | Quest Diagnostics | 7.00 | 7.00 | 0.23 | 0.23 |
| | | | 9 | 02/11/10 | 620 | The CBE Group Inc. | 145.12 | 145.12 | 4.79 | 4.79 |

Check Amount: $5.02

FILED JUL 20 2010 BANKRUPTCY COURT BUFFALO, N.Y.

Receipt #11090256
$5.02
MD